■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. GILES WADE, Petitioner, v R. H. KUHLMANN, as Superintendent of Sullivan Correctional Facility, et al., Respondents.—Application, pursuant to CPLR 7002 (b) (2) for writ of habeas corpus denied *(see, People ex rel. Davis v Coombe,* 97 AD2d 667). Mahoney, P. J., Kane, Mikoll, Yesawich, Jr., and Levine, JJ., concur.

(June 24, 1986)

■ In the Matter of DONALD E. PERNICE, Petitioner, v DANIEL R. COTE, Respondent. (And One Other Proceeding.)—Motion to dismiss appeals granted, without costs, on the ground the ex parte orders involved are not appealable (CPLR 5701 [a] [2]). Mahoney, P. J., Kane, Weiss, Yesawich, Jr., and Levine, JJ., concur.